In the Matter of the Claim of MILDRED TAGGART, Respondent, against AMSTERDAM BUILDING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted to the State Industrial Board, on the ground that there is no evidence corroborating the hearsay testimony that the injury was received and the accident was sustained in the course of the employment. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of PHILIP M. LASHER, Respondent, against THE MARTIN CANTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN MURPHY, Respondent, against FRANCOURT BUILDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN LAPP and Another, Respondents, against CHARLES NOBLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CLEMENTINE MENKOWSKI, Respondent, against NEW YORK BUTCHERS DRESSED MEAT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.